UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julia Vega,<br><br>                              Plaintiff,<br><br>v.<br><br>Honeywell International, Inc.,<br><br>                              Defendant. | Case No.: 19-cv-00663-BEN-BGS<br><br>**ORDER RE JOINT STATEMENT MEMORIALIZING POTENTIAL DISCOVERY DISPUTES**<br><br>**[ECF No. 40]** |

On February 11, 2020, the parties requested a further 45-days to complete a rolling production they hope will resolve the remainder of their tolled potential discovery disputes. (*See* ECF No. 38.) They were ordered to file a Joint Statement which defines the specific disputes they hope will be resolved within the additional 45-day period. The parties did so on February 14, 2020. (ECF No. 40.)

Following review of the parties' Joint Statement, the Court **TOLLS** the deadline to raise the disputes identified in the parties Joint Statement until **March 27, 2020**. With this

1

tolling, the Court is not finding the potential disputes to be timely raised. If the parties raise substantive disputes with the Court, they will be required to address the threshold timeliness issue. Further, the parties are bound to all agreements they have made narrowing the scope of the disputes as represented in their Joint Statement. This limits the universe of any potential discovery dispute.

**IT IS SO ORDERED.**

Dated: March 6, 2020

_____
Hon. Bernard G. Skomal
United States Magistrate Judge