UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julia Vega,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Honeywell International, Inc.,<br><br>　　　　　　　　　　　Defendant. | Case No.: 19-cv-00663-BEN-BGS<br><br>**ORDER:**<br>　**(1) GRANTING JOINT MOTION FOR ORDER TO EXTEND EXPERT DISCOVERY AND PRETRIAL MOTION DEADLINE**<br>　**(2) MOOTING PRIOR JOINT MOTION FOR AN ORDER TO EXTEND EXPERT DISCOVERY**<br><br>**[ECF NOS. 48, 49]** |

　　　Currently before the Court is the parties' Joint Motion for an Order to extend expert discovery and the pretrial motion deadline.[1] (ECF No. 49.) The request is based on the

---

[1] In light of this Joint Motion (ECF No. 49), the parties' March 13, 2020 Joint Motion to extend expert discovery (ECF No. 48) is deemed **MOOT**.

1

need for the remaining expert depositions to take place via videoconference in light of restrictions placed on counsel regarding non-essential travel during the COVID-19 pandemic. (*See* ECF No. 49 ¶¶ 6–8.) Further, Plaintiff's experts are no longer available on their noticed deposition dates for reasons associated with the COVID-19 pandemic. (*Id.* ¶ 9.) The parties request that the expert depositions of Dr. Dominick Addario, Dr. Alison Reminick, and Dr. Matthew Carroll be permitted to take place on April 24, April 16 and 23, and May 4, 2020 respectively. (*Id.* ¶¶ 10–11.) The current expert discovery cut off is March 31, 2020. (ECF No. 37.)

Additionally, the parties request that the April 20, 2020 pretrial motions deadline be continued one month until May 20, 2020 to avoid concurrently conducting expert depositions and preparing summary judgment briefing. (ECF No. 49 ¶ 9.)

Good cause appearing (*see* Chief Judge Order No. 18), the parties' Joint Motion (ECF No. 49) is **GRANTED**. Accordingly, **IT IS HEREBY ORDERED** that:

(1) the parties have until **May 4, 2020** to complete the expert dispositions via video conference for Dr. Dominick Addario, Dr. Alison Reminick, and Dr. Matthew Carroll as outlined above; and

(2) the pretrial motions deadline is continued until **May 20, 2020**.

All other dates and deadlines set forth in the operative scheduling order (ECF No. 10) **remain in effect**.

**IT IS SO ORDERED.**

Dated: March 31, 2020

Hon. Bernard G. Skomal
United States Magistrate Judge