Frank L. Tobin CA Bar No. 166344
frank.tobin@ogletree.com
Shelley L. Murray CA Bar No. 327300
shelley.murray@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA  92122
Telephone:  858-652-3100
Facsimile:    858-652-3101

Attorneys for Defendant HONEYWELL INTERNATIONAL INC.
(erroneously sued as HONEYWELL INTERNATIONAL, INC.)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA VEGA,<br><br>             Plaintiff,<br><br>      v.<br><br>HONEYWELL INTERNATIONAL, INC., a Delaware Corporation,<br><br>             Defendant. | Case No. 3:19-cv-00663-W-BGS<br><br>**DEFENDANT HONEYWELL INTERNATIONAL INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>*[No Oral Argument Pursuant To Local Rule]*<br><br>District Judge: Thomas J. Whelan<br>Magistrate Judge: Bernard G. Skomal<br><br>Hearing Date:   June 29, 2020<br>Court Room:     3C |

42923068_1.docx

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that on June 29, 2020, or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Thomas Whelan, United States District Court Judge, Courtroom 3C, located at 221 West Broadway, San Diego, California, 92101, Defendant Honeywell International Inc. (erroneously sued as Honeywell International, Inc.) (hereinafter "Defendant") by and through its undersigned counsel, hereby moves this Court for summary judgment pursuant to Federal Rule of Civil Procedure 56. Defendant seeks summary judgment on every cause of action contained in Plaintiff Julia Vega's ("Plaintiff") Complaint ("Complaint"). To the extent the Court is not inclined to grant summary judgment in its entirety, Defendant, in the alternative, moves for partial summary judgment on each of Plaintiff's claims pursuant to Federal Rule of Civil Procedure 56(a).

This Motion is based on the instant Notice of Motion and Motion, Memorandum of Points and Authorities, the Declaration Frank L. Tobin and exhibits thereto, the pleadings and papers on file herein, and any oral argument the Court may entertain on this Motion.

DATED: May 29, 2020

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Frank L. Tobin*
Frank L. Tobin
Shelley L. Murray
Attorneys for Defendant HONEYWELL INTERNATIONAL INC.
(erroneously sued as HONEYWELL INTERNATIONAL, INC.)

42923068_1.docx

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 29, 2020.

By: */s/ Frank L. Tobin*
Frank L. Tobin

42923068.1

42923068_1.docx

2     Case No. 3:19-cv-00663-W-BGS
DEFENDANT HONEYWELL INTERNATIONAL INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT