UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA VEGA,<br><br>                         Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC.,<br><br>                        Defendant. | Case No.: 19-cv-0663 W (BGS)<br><br>**ORDER SETTING PRETRIAL CONFERENCE AND RELATED DATES** |

      The pretrial conference in this matter shall take place on **July 11, 2022 at 10:30 a.m**. In preparation for the pretrial conference, the parties shall also comply with the following deadlines:

- Counsel shall comply with Federal Rule of Civil Procedure 26(a)(3)'s pre-trial disclosure requirements on or before **June 20, 2022**.
- Counsel shall meet and take the action required by Local Rule 16.1.f.4. on or before **June 27, 2022**.
- Objections to pre-trial disclosures shall be filed no later than **July 5, 2022**.
- The proposed final pretrial conference order required under Local Rule 16.1.f.6. shall be prepared, served, and lodged on or before **July 5, 2022**.

1

The parties shall bring an unsigned copy of the proposed order to the pretrial conference.

- Pursuant to this Court's Chamber Rules, the parties shall submit informal letter briefs, not exceeding two single spaced pages, served on opposing counsel and received in chambers (and not filed in the Clerk's Office) on or before **July 6, 2022**.

**IT IS SO ORDERED.**

Dated: April 13, 2022

_____
Hon. Thomas J. Whelan
United States District Judge