Frank L. Tobin CA Bar No. 166344
frank.tobin@ogletree.com
Alison K. Adelman CA Bar No. 306629
alison.adelman@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA  92122
Telephone:  858-652-3100
Facsimile:   858-652-3101

Attorneys for Defendant HONEYWELL
INTERNATIONAL INC.
(erroneously sued as HONEYWELL
INTERNATIONAL, INC.)

Edward D. Chapin
echapin2@sanfordheisler.com
SANFORD HEISLER SHARP, LLP
655 West Broadway, Suite 1700
San Diego, CA  92101
Telephone:  619-577-4253
Facsimile:   619-577-4250

Felicia M. Gilbert
fgilbert@sanfordheisler.com
SANFORD HEISLER SHARP, LLP
111 Sutter Street, Suite 975
San Francisco, CA  94104
Telephone:  415-795-2020
Facsimile:   415-795-2021

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA VEGA,<br><br>        Plaintiff,<br><br>    v.<br><br>HONEYWELL INTERNATIONAL, INC., a Delaware Corporation,<br><br>        Defendant. | Case No. 3:19-cv-00663-W-BGS<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>District Judge:     Thomas J. Whelan<br>Magistrate Judge:  Bernard G. Skomal<br><br>Complaint Filed: January 7, 2019<br>Pre-trial Conference:  July 11, 2022<br>Trial Date:        None Set |

Joint Notice of
Settlement/518313

Plaintiff JULIA VEGA and Defendant HONEYWELL INTERNATIONAL INC. hereby jointly advise the Court that they have agreed to settle this matter.  The parties are working towards drafting and executing the settlement agreement, and will file a joint motion for dismissal of the action, with prejudice, as soon as possible.  The parties request the Court take all pre-trial- and trial-related dates off calendar.

DATED: June 9, 2022                OGLETREE, DEAKINS, NASH, SMOAK
                                   & STEWART, P.C.


                                   By:  /s/ *Frank L. Tobin*
                                   Frank L. Tobin
                                   Alison K. Adelman
                                   Attorneys for Defendant HONEYWELL
                                   INTERNATIONAL INC.
                                   (erroneously sued as HONEYWELL
                                   INTERNATIONAL, INC.)

DATED: June 9, 2022                SANFORD HEISLER SHARP, LLP


                                   By: /s/ *Edward D. Chapin*
                                   Edward D. Chapin

                                   Attorneys For Plaintiff Julia Vega

Joint Notice of
Settlement/518313

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Edward D. Chapin, counsel for Plaintiff, and that I have obtained  Mr. Chapin's authorization to affix his electronic signature to this document.


 DATED: June 9, 2022                    OGLETREE, DEAKINS, NASH,
                                        SMOAK & STEWART, P.C.



                                        By: /s/ *Frank L. Tobin*
                                             Frank L. Tobin
                                             Alison K. Adelman
                                             Attorneys for Defendant
                                             HONEYWELL INTERNATIONAL
                                             INC. (erroneously sued as
                                             HONEYWELL INTERNATIONAL,
                                             INC.)

Joint Notice of
Settlement(518313)

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 9, 2022.

By:  */s/ Frank L. Tobin*
Frank L. Tobin

JOINT NOTICE OF SETTLEMENT

51831362.v1-Ogletree

Joint Notice of
Settlement(518313